FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0422

_____

CONNIE HUMES,

     Plaintiff and Appellant,

v.

FARMERS INSURANCE EXCHANGE and
MID-CENTURY INSURANCE COMPANY,

     Defendant and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ed McLean, Retired District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022